# REALTY VALUATION
## FOR BANKRUPTCY PURPOSES

Name:   Francisco Casteneda                    Record #

Address:  1347 Kingsbury Drive #2

City: Hanover Park                    State: IL    Zip: 60133

Mortgage #1 Balance:                                   $
Mortgage #2 Balance:                                   $
Other Liens Balances:                                  $
Past Due Real Estate Taxes:                            $

Appraiser or broker can fill out below, or attach letter, or comparables:

I am a licensed real estate broker or salesperson or appraiser. My opinion is that the above property, IN ITS PRESENT CONDITION, would sell for $ 150,000.00. Comparable recent sales are:

1.  1315 Kingsbury Dr, #E            04/03/06            $ 154,750.00
    address                          date sold           sale price

2.  1340 Kingsbury Dr. #3            09/09/06            $ 159,000.00
    address                          date sold           sale price

3.  1347 Kingsbury Dr. #3            08/01/05            $ 159,900.00
    address                          date sold           sale price

Comments: Comparables are situated in Hanover Park, and in close proximity to subject property. Similar in age, construction, size and style. Differences are noted in updates/ improvements or lack of same and in overall condition. Subject property is considered in fair condition but in need of updates, most mechanicals are original. Comparables have had recent extensive updates. Current market conditions have also been reflected.

DATED:    03/11/07                     BY: REMAX City, Realtors

Broker, Salesperson or associate: ART PORTO - Associate Broker/SRES
Agency address:  5435 N. Harlem Avenue. – Chicago, IL 60656
Phone:   (773) 594-7656

Return to:   PETER FRANCIS GERACI, J.D.
             55 E. Monroe St. #3400
             Chicago, IL 60603
             Phone 312 332-1800   fax 312 332-1566 or 312 332-6354